Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. James Eugene Gabriel                                  Docket No. 00-00215-001

### Amended Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of James Eugene Gabriel, who was placed on supervision by the Honorable Gustave Diamond sitting in the Court at Pittsburgh, Pennsylvania, on the 28th day of November 2001, who fixed the period of supervision at five years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall submit to drug testing and to participate in a substance abuse treatment program if deemed necessary.
- Shall not consume alcohol.
- Shall not use or possess a controlled substance except as prescribed by a licensed medical practitioner.
- Shall not possess a firearm or destructive device.
- Shall pay a special assessment of $100.

11/28/01:   Conspiracy to Import Into the United States in Excess of 5 Kilograms of Cocaine; Custody of the Bureau of Prisons for 60 months; followed by a 5-year term of supervised release.

05/24/05:   Released to supervision; Currently supervised by U.S. Probation Officer Rosa A. Doherty.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that the releasee passed away from advanced stages of lung cancer on December 28, 2005.

PRAYING THAT THE COURT WILL ORDER that the supervision at Criminal No. 00-00215-001 be terminated and the case be marked closed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 27, 2006

Rosa A. Doherty
U.S. Probation Officer

Paul J. Dippolito
Supervising U.S. Probation Officer

Place:   Pittsburgh, Pennsylvania

ORDER OF COURT

Considered and ordered this 3rd day of May 20 06 and ordered filed and made a part of the records in the above case.

Gustave Diamond
Senior United States District Judge